IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE POPE, #118 025, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:09cv12-TMH |
| | ) | |
| STEVE McGILL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION AND ORDER

The Magistrate Judge filed a Recommendation (Doc. #12) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #12) of the Magistrate Judge is ADOPTED. Plaintiff's complaint pursuant to 42 U.S.C. § 1983 is DISMISSED without prejudice due to Plaintiff's failures to prosecute this action and comply with the orders of the Court. An appropriate judgment will be entered.

Done this 8th day of April, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE